## MATTIE LOUISA WELLS SWEET v. LILLIAN BOMAR.

(Filed 20 September, 1950.)

APPEAL by plaintiff from *Pless, J.,* March Term, 1950, BUNCOMBE. No error.

Action in ejectment in which it is made to appear that while plaintiff has the superior paper title to the property in question, defendant and those under whom she claims have been in adverse possession thereof, under color of title, since February, 1941, more than seven years prior to the institution of this action.

The jury answered the issues submitted in favor of the defendant. The court entered judgment on the verdict and plaintiff appealed.

*Herman L. Taylor for plaintiff appellant.*
*Chas. G. Lee, Jr., for defendant appellee.*

PER CURIAM. The court instructed the jury that plaintiff had established a superior record title to the *locus* and made the rights of the parties turn on the question of adverse possession. The charge of the court, which is the subject of numerous exceptions, is in substantial accord with the former decisions of this Court. No prejudicial error is made to appear.

Furthermore, the evidence tending to show that defendant has been in adverse possession of the premises under color, within the meaning of the law, is uncontradicted. Indeed plaintiff's evidence tends to so show. Hence a new trial would serve no useful purpose.

No error.